RECEIVED

MAR 0 5 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JOE L. HARPER | CIVIL ACTION NO. 05-1613 |
| VERSUS | JUDGE DOHERTY |
| OMEGA PROTEIN, INC. | MAGISTRATE JUDGE METHVIN |

### RULING ON MOTION TO COMPEL DISCOVERY
*(Rec. Doc. 21)*

Before the court is the motion to compel and for costs and attorney's fees filed by plaintiff, Joe L. Harper, February 2, 2007.[1] Plaintiff seeks initial responses to his first set of interrogatories and requests for production of documents propounded on defendant Omega Protein, Inc. on December 4, 2006, noting that defendant has not responded to the discovery requests in any way since they were propounded. Because the trial date in this matter is March 12, 2007, the undersigned granted expedited hearing of the motion and set an expedited briefing deadline.

In the order setting deadlines, the undersigned noted that it appeared that defendant had waived any objections it may have had to plaintiff's discovery requests by not responding to the requests in a timely fashion. See, e.g., Godsey v. U.S., 133 F.R.D. 111, 113 (S.D. Miss. 1990), citing In Re U.S., 864 F.2d 1153, 1156 (5th Cir.1989). See also Davis v. Fendler, 650 F.2d 1154, 1160 (9th Cir. 1981) (generally, in the absence of an extension of time or good cause, the failure to object to interrogatories within the time fixed by Rule 33 constitutes a waiver of any objection; this is true even of an objection that the information sought is privileged); Brock v. Gerace, 110

---

[1] Rec. Doc. 22.

F.R.D. 58, 62 (D.N.J.1986); Boselli v. Southeastern Pennsylvania Transportation Authority, 108 F.R.D. 723, 726 (E.D.Pa.1985); Chubb Integrated Systems Limited v. Nat'l Bank of Washington, 103 F.R.D. 52, 62 (1984); Renshaw v. Ravert, 82 F.R.D. 361, 362 (E.D.Pa.1979). Nevertheless, defendant was permitted to establish good cause for its failure to respond to plaintiff's discovery requests.

On February 9, 2007, defendant filed a response to the motion, stating that the requested discovery had been provided.[2] Plaintiff's counsel was given an opportunity to confirm that all requested information had been provided by defendant before the court ruled on the motion. On February 27, 2007, counsel for plaintiff, Brian Colomb, contacted the undersigned and stated that the discovery responses provided by defendant are complete. Considering the foregoing,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel is **GRANTED** to the extent that defendant was unable to provide good cause for his failure to timely respond to plaintiff's discovery requests and all requested discovery was provided after the filing of the motion.

**IT IS FURTHER ORDERED** that, given that the discovery responses were not provided until after the filing of the motion to compel and pursuant to F.R.Civ.P. 37(a)(4), defendant Omega Protein, Inc. shall pay the attorney's fees and costs incurred in connection with the filing and prosecution of the extant motion to compel. Mover's counsel shall file an affidavit of fees and costs into the record *on or before March 14, 2007* in order to assist the court in the assessment of a reasonable fees and costs award. The affidavit(s) shall contain: (1) the customary hourly rate of each attorney and paralegal involved; (2) a detailed description of each

---

[2] Rec. Doc. 24.

3

task completed, and a statement of the amount of time expended upon each task; and (3) an itemized list of expenses incurred. *Failure to file the affidavit in the form required and/or within the deadline imposed will render the award null and void.*

**IT IS FURTHER ORDERED** that objections to the affidavit shall be filed *on or before March 21, 2007.*

*The Clerk of Court shall notice any motion for attorneys' fees filed for consideration on the undersigned's April 2007 motion calendar as a "motion for attorneys' fees pursuant to Rule 37(a)(4)."*

Signed at Lafayette, Louisiana on ~~February~~ March 5, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

COPY SENT:
DATE: 3/5/07
BY: Cw
TO: mem